# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

BILLY W. CRAIG,

      Plaintiff,

*v.*

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration

      Defendant.

*Case Number: 12-4044 –SSA-CV-C-MJW*

_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED – that the decision of the Commissioner is reversed and this case is remanded for further development of the record as set forth herein.

ENTERED ON: August 28, 2013

                                        ANN THOMPSON
                                        Court Executive

                                        *L. Bax*

                                        (By) Deputy Clerk